# INDEX OF EXHIBITS TO NOTICE OF REMOVAL

## Stearman v. Best Buy

Exhibit A – Plaintiff's Complaint

Exhibit B – Affidavit of Service – Best Buy Co., Inc.

Exhibit C – Affidavit of Service – Best Buy L.P.

Exhibit D – Plaintiff's Petition for Exemption from Arbitration

Exhibit E – Defendants' Answer

Exhibit F – Defendants' Demand for Jury Trial

Exhibit G – Defendant's Initial Appearance Fee Disclosure

Exhibit H – Plaintiff's Initial Appearance Fee Disclosure

Exhibit I – Plaintiff's Demand for Jury Trial